91 A.3d 635

MERCHANTS EXPRESS MONEY ORDER COMPANY, PLAINTIFF–RESPONDENT, v. SUN NATIONAL BANK, DEFENDANT–APPELLANT.

January 3, 2006.

## ORDER

The parties having stipulated to a dismissal of this matter and good cause appearing, it is ORDERED that the appeal is dismissed with prejudice.